RUSSELL DEITCH
CHRISTINE TODARO
Federal Trade Commission, Room 288
600 Pennsylvania Ave., N.W.
Washington, DC 20580
202-326-2585, 202-326-3711, rdeitch@ftc.gov, ctodaro@ftc.gov
202-326-3395 (facsimile)

PAUL J. FISHMAN
United States Attorney
SUSAN J. STEELE
Chief, Civil Division
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2920
(973) 645-2702 (facsimile)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT MARKETING EXCHANGE, INC., a corporation, also d/b/a National Data Management, N.D.M., Global Mailing Services, G.M.S., Independent Mailing Services, Independent Mailing Services, Inc., I.M.S., Independent Shoppers Network, Independent Shoppers, Success At Home, Success-At-Home Mailing, IMEX, IMEX, Inc., and Continental Publishing Company, and<br><br>WAYNE J. VERDERBER II, a/k/a Wayne Verd and Brian West, individually and as an officer of INDEPENDENT MARKETING EXCHANGE, INC.,<br><br>Defendants. | Case No.: 10 cv 568 |

### ORDER TEMPORARILY SEALING FILE

Upon consideration of the ex parte Application of Plaintiff Federal Trade Commission ("Commission") to temporarily seal the file in this matter, and Plaintiff's accompanying memorandum, this Court finds that it is in the interest of justice and the public interest to grant the Commission's Application. Accordingly,

**IT IS HEREBY ORDERED** that the entire file and docket in this matter, including all motions, memoranda of law, exhibits and other supporting papers, as well as all orders of this Court, are temporarily sealed;

**IT IS FURTHER ORDERED** that the seal on this file shall be lifted on all documents two business days after the Court rules on the Commission's motion for a temporary restraining order, or upon notification by the FTC that the complaint has been served, whichever occurs earlier.

**IT IS SO ORDERED**, this 2nd day of February, 2010.

_Noel L. Hillman_
United States District Judge
United States District Court for the
District of New Jersey

2